IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL MCKAY | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,[15] Commissioner of Social Security Administration | : : | NO. 12-4842 |

**ORDER**

AND NOW, this 3 day of ⬧⬧⬧, 2013, upon consideration of plaintiff's

Brief and Statement of Issues in Support of Request for Review, defendant's Response to

Request for Review of Plaintiff, plaintiff's Reply, and defendant's Surreply, and after review of

the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is

hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Judgment is entered affirming the decision of the Commissioner of the

Social Security Administration and the relief sought by plaintiff is DENIED; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
BERLE M. SCHILLER,          J.

---

[15]     On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted as the defendant in this case.